C. P. No. 78-176.   STATE *v.* NICHOLAS ZINNI. The order entered in this court on May 16, 1978 temporarily staying execution of the sentence imposed upon defendant in the Superior Court shall continue in effect until further order of

this court. *Julius C. Michaelson*, Attorney General, *E. Martin Stutchfield*, Special Assistant Attorney General, for plaintiff. *John A. O'Neill, Jr., Frank Caprio*, for defendant.